979 A.2d 767

IN THE MATTER OF LAURIE JILL BESDEN,
AN ATTORNEY AT LAW.

October 8, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–434, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **LAURIE JILL BESDEN** of **PLYMOUTH MEETING, PENNSYLVANIA,** who was admitted to the bar of this State in 2000, and whose license to practice law in New Jersey was administratively revoked pursuant to *Rule* 1:28–2(c), effective September 29, 2008, should be suspended from the practice of law for a period of three years based on discipline imposed in the Commonwealth of Pennsylvania effective December 1, 2005, for conduct that in New Jersey constitutes a violation of *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **LAURIE JILL BESDEN** is suspended from the practice of law for a period of three years and until the further Order of the Court, retroactive to December 1, 2005; and it is further

ORDERED that this Order of suspension shall have no effect on the September 29, 2008 administrative revocation of respondent's license to practice law; and it is further

ORDERED that respondent comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.